UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARTIN Z. GAVIN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 12-00851** |
| | * | |
| **MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC SOFAMOR DANEK USA, INC.** | * | **SECTION "G"** |
| | * | |
| | * | **MAGISTRATE NO. 5** |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

**MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANTS MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC SOFAMOR DANEK USA, INC.'S**

Now into Court, through undersigned counsel, come Defendants Medtronic, Inc., Medtronic USA, Inc., and Medtronic Sofamor Danek USA, Inc. which move this Court for leave to file the accompanying Notice of Supplemental Authority Regarding Pending Motion to Dismiss Plaintiffs' Complaint for reasons more fully explained within the proposed pleading.

Wherefore Medtronic, Inc., Medtronic USA, Inc., and Medtronic Sofamor Danek USA, Inc. respectfully ask for leave to file the Notice of Supplemental Authority Regarding Pending Motion to Dismiss Plaintiffs' Complaint.

                                                                    Respectfully Submitted:

                                                                    /s/ Terry Christovich Gay
                                                          **TERRY CHRISTOVICH GAY - #5993, T.A.**
                                                          **KEVIN R. TULLY - #1627**
                                                          **CHRISTOVICH & KEARNEY, LLP**
                                                          601 Poydras Street  Suite 2300
                                                          New Orleans, Louisiana 70130-6078
                                                          Telephone: (504) 561-5700

2

        Attorneys for Medtronic, Inc., Medtronic USA, Inc.,
and Medtronic Sofamor Danek USA, Inc

## **CERTIFICATE**

I hereby certify that on 7th day of August, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and sent to all non-CM/ECF participates by U.S. Mail.

       /s/ *Terry Christovich Gay*
    **TERRY CHRISTOVICH GAY**